## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| Plaintiff, ) | |
| ) | 8:98CR231 |
| vs. ) | |
| ) | ORDER |
| CHARLES WIIG, ) | |
| ) | |
| Defendant. ) | |

This matter is before the court on the government's MOTION TO CONTINUE TRIAL (#50) requesting a continuance to the week of June 27, 2005. The motion alleges good cause for a continuance; however, the next available trial setting is not until July 19, 2005. Accordingly,

**IT IS ORDERED** that the government's MOTION TO CONTINUE TRIAL (#50) is granted, as follows:

1. The trial of this case is continued to **Tuesday, July 19, 2005** before Judge Laurie Smith Camp and a jury.

2. The ends of justice will be served by granting such motion and outweigh the interests of the public and the defendant in a speedy trial. Any additional time arising as a result of the granting of this motion, that is, the time between **May 24, 2005 and July 19, 2005**, shall be deemed excludable time in any computation of time under the requirement of the Speedy Trial Act for the reasons stated in the motion for continuance. The failure to grant additional time might result in a miscarriage of justice. 18 U.S.C. § 3161(h)(8)(A) & (B).

**DATED May 25, 2005.**

                                                **BY THE COURT:**

                                                s/ F.A. Gossett
                                                **United States Magistrate Judge**