IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | CASE NO. 8:98CR231 |
| | ) | |
| Plaintiff, | ) | |
| | ) | ORDER |
| vs. | ) | |
| | ) | |
| CHARLES E. WIIG, | ) | |
| | ) | |
| Defendant. | ) | |

This matter is before the Court on its own motion pursuant to the minute entry at Filing No. 55 reflecting the dismissal, on the government's motion, of the Indictment in this case.

IT IS ORDERED:

1. The government's motion to dismiss the Indictment in this case is granted; and

2. This case is dismissed and may be closed.

DATED this 22nd day of July, 2005.

BY THE COURT:

S/ Laurie Smith Camp
United States District Judge