## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA,** | ) | **CASE NO. 8:98CR231** |
| | ) | |
| **Plaintiff,** | ) | |
| | ) | **ORDER** |
| vs. | ) | |
| | ) | |
| **CHARLES E. WIIG,** | ) | |
| | ) | |
| **Defendant.** | ) | |

This matter is before the Court on the Defendant's motion for a new trial (Filing No. 57) and supporting brief (Filing No. 58).

The motion must be summarily denied, as this case has been closed. (Filing No. 56). Case no. 8:05CR245 is the case that was tried.

IT IS ORDERED that the Defendant's motion for a new trial (Filing No. 57) is denied.

DATED this 2nd day of August, 2005.

BY THE COURT:

s/Laurie Smith Camp
United States District Judge