IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | CASE NO. 8:98CR231 |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | ORDER |
| | ) | |
| CHARLES E. WIIG, | ) | |
| | ) | |
| Defendant. | ) | |

This matter is before the Court on the Defendant's motion for return of property (Filing No. 62).

On July 22, 2005, the Court granted the government's motion to dismiss this case. The Defendant moves pursuant to Federal Rule of Criminal Procedure 41(g) for the return of $1,400.00 allegedly seized from him in conjunction with this case and/or 8:05CR245, *United States v. Wiig.* The government has not responded to the motion and will be ordered to respond.

IT IS ORDERED that the government shall respond to the Defendant's motion for return of property (Filing No. 62) on or before August 10, 2007.

DATED this 25th day of July, 2007.

BY THE COURT:

s/Laurie Smith Camp
United States District Judge